742

Concur —
Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ. [28 Misc 2d 974.]
In the Matter of Venice Amusement Corporation, Appellant. Roni C. Kehoe, as Administratrix of the Estate of John Christopher, Deceased, Respondent; John J. Fitzgerald, Appellant.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.
Freda Davis et al., Respondents, v. Thelma Goldsmith, Doing Business as Cozy Corner Luncheon, et al., Appellants.—